**FILED: 5/14/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Oliver Vizcarra*, <br><br> **Plaintiff,** <br><br> v. <br><br> *The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9* <br><br> **Defendant.** | CASE NO. CV 12-1117-GHK (JCGx) <br><br> **JUDGMENT** |

Pursuant to the Court's May 14, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Oliver Vizcarra's ("Plaintiff") claims against Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9 are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: May 14, 2012

_____
GEORGE H. KING
United States District Judge